UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

REGINALD L. HILEY                                  CIVIL ACTION NO. 21-4179

                                                   SECTION P
VS.
                                                   JUDGE TERRY A. DOUGHTY

OFFICER SKINNER, ET AL.                            MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Reginald L. Hiley's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 28th day of February 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE